1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| DYLAN AWBREY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UST GLOBAL INC, a foreign profit corporation; and DOES 1-20, as yet unknown Washington entities,<br><br>Defendants. | No. 24-2-11388-6 SEA<br><br>**CLASS ACTION COMPLAINT FOR DISCRIMINATION** |

Plaintiff Dylan Awbrey ("Plaintiff"), on behalf of themself and all others similarly situated (the "Class"), by and through counsel, brings this Class Action Complaint against Defendant UST Global Inc ("Defendant") and alleges, upon personal knowledge as to Plaintiff's own actions and Plaintiff's counsel's investigations, and upon information and belief as to all other matters, as follows:

## I.    NATURE OF THE EPOA

1.    This is a class action lawsuit to remedy Defendant's ongoing violation of Plaintiff and the Class members' civil rights.

2.    Effective January 1, 2023, employers with 15 or more employees must disclose, in each posting for each job opening, the wage scale or salary range and a general description of

CLASS ACTION COMPLAINT FOR DISCRIMINATION - 1

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

1   all of the benefits and other compensation being offered to the hired applicant. *See* RCW

2   49.58.110(1).

3       3.      The Washington Legislature finds that "despite existing equal pay laws, there

4   continues to be a gap in wages and advancement opportunities among workers in Washington."

5   RCW 49.58.005(1). The Legislature further finds that "lower starting salaries translate into lower

6   pay, less family income, and more children and families in poverty." RCW 49.58.005(3)(b).

7       4.      This lawsuit follows important, recent research which revealed pervasive pay

8   disparity in Washington with respect to both women and other protected classes. In particular, the

9   study found that women are paid 78 cents for every dollar paid to men—a decline from 80 cents

10  to the dollar a decade ago. *See* Alison Saldanha, *Seattle's pay gap between women and men just*

11  *won't stop growing* (Mar. 8, 2024), https://www.seattletimes.com/business/seattle-hits-rock-

12  bottom-in-terms-of-the-pay-gap-between-women-and-men/.

13      5.      "Some folks do not have the networks or ability to negotiate salaries. Salaries vary

14  wildly in companies within the same industry and applicants do not have the ability to know what

15  the value of the position is." Engrossed Substitute S.B. 5761 House Bill Report, 67th Leg., Reg.

16  Sess. (Wash. 2022). The pay transparency provision of the Washington Equal Pay and

17  Opportunities Act ("EPOA"), RCW 49.58.110, "allows a discussion at the start of the process

18  instead of after an offer has been made, which will increase the ability to negotiate pay." *Id.*

19  Additionally, "[m]any candidates spend hours going through rounds of interviews only to find

20  out they can't live on the offered pay." Engrossed Substitute S.B. 5761 Senate Bill Report, 67th

21  Leg., Reg. Sess. (Wash. 2022). The EPOA makes Washington "more competitive" for job

22  seekers. *Id.*

23      6.      "[P]ay range disclosures function primarily to correct information asymmetry:

24  they give applicants access to key information that only the employer may know. This information

25  is essential to help job candidates, particularly females and candidates in other protected classes,

26  to achieve equal pay when faced with negotiating a starting salary. Pay range disclosures also

27  stand to help current employees discover if they are being underpaid, either to ask for more or

CLASS ACTION COMPLAINT FOR DISCRIMINATION - 2

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

1    equitable compensation or, if the employee suspects discrimination, to initiate an enforcement

2    action." Stephanie Bornstein, *The Enforcement Value of Disclosure*, 72 Duke L.J. 1771, 1789

3    (2023).

4         7.      "[T]he duty to disclose a pay range and to do so publicly goes further, serving

5    other important purposes of a disclosure scheme. It may induce behavior-forcing effects by

6    requiring an employer to identify the pay received by other employees currently in the position

7    and set new employee pay comparably. The goal is that the employer will create pay uniformity

8    based on the position itself rather than the person holding the position." *Id.* at 1790.

9         8.      "That pay range postings are public creates additional pressure on employers to

10   provide accurate and fair salary ranges that will attract the best job applicants. And setting pay in

11   a range to which an employer has publicly pre-committed may likely limit the role that even

12   unconscious gender and racial biases play in pay setting." *Id.*

13        9.      On January 1, 2021, the State of Colorado enacted a similar pay transparency law

14   that requires online job postings to include information about the expected salary of the position.

15   "One early study of the Colorado pay range posting law showed that, among firms that complied,

16   posted job salaries increased by 3.6 percent." *Id.* (citing David Arnold, Simon Quach & Bledi

17   Taska, *The Impact of Pay Transparency in Job Postings on the Labor Market 2* (Aug. 17, 2022)

18   (unpublished manuscript), https://perma.cc/KBQ5-L9U2.

19        10.     This is a class action on behalf of individuals who applied to job openings with the

20   Defendant where the job postings did not include the wage scale or salary being offered in direct

21   violation of RCW 49.58.110.

22        11.     Plaintiff and the Class seek injunctive relief to address Defendant's refusal to

23   include a wage scale or salary range in its job postings, and statutory damages pursuant to RCW

24   49.58.070.

25                  **II.     JURISDICTION AND VENUE**

26        12.     This Court has jurisdiction over this cause of action pursuant to RCW 2.08.010.

27

CLASS ACTION COMPLAINT FOR DISCRIMINATION - 3

13.     Venue is proper in this Court pursuant to RCW 4.12.025 because the acts and omissions alleged took place, in whole or in part, in King County, Washington, and Defendant resides and transacts business in King County, Washington.

14.     Federal jurisdiction is inappropriate under the Class Action Fairness Act, 28 U.S.C. § 1332(d)(4)(A), because: (a) all members of the Class are applicants of a Washington employer, or were applicants of a Washington employer, at all times relevant to their interactions with Defendant; (b) Defendant is registered to conduct business, and regularly transacts business, within Washington; (c) the alleged conduct of Defendant occurred within Washington; and (d) the injuries to Plaintiff and the Class occurred within Washington. Alternatively, federal jurisdiction is inappropriate under the Class Action Fairness Act because: (a) pursuant to 28 U.S.C. § 1332(d)(4)(B), more than two-thirds of the Class reside in Washington; and (b) pursuant to 28 U.S.C. § 1332(d)(2), the amount in controversy does not exceed the sum or value of $5,000,000, exclusive of interest and costs.

### III.    PARTIES

15.     Plaintiff Dylan Awbrey resides in King County, Washington and applied to work for Defendant for a position locatd in Seattle, Washington.

16.     Defendant UST Global Inc is a foreign profit corporation that regularly transacts business in King County, Washington and has multiple offices for the transaction of business in King County, Washington, including at 2018 156th Ave NE, Building F Suite 100, Bellevue, Washington 98007 and 2505 2nd Ave, Suite 610, Seattle, Washington 98121.[1]

17.     Plaintiff is currently unaware of the true names and capacities, whether individual, corporate, associate, or otherwise, of the defendants sued herein under fictitious names Does 1-20, inclusive, and therefore sues such defendants by such fictitious names. Plaintiff will seek leave to amend this Complaint to allege the true names and capacities of the fictitiously named defendants when their true names and capacities have been ascertained. Plaintiff is informed and believes, and thereon alleges, each of the fictitiously named defendants is legally responsible in

[1] UST, LINKEDIN, https://www.linkedin.com/company/ustglobal (last visited May 15, 2024).

CLASS ACTION COMPLAINT FOR DISCRIMINATION - 4

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

1   some manner for the events and occurrences alleged herein, and for the damages suffered by

2   Plaintiff and the Class.

3                      **IV.    STATEMENT OF FACTS**

4        18.    Effective January 1, 2023, all Washington employers with 15 or more employees

5   are required to disclose, in each posting for each job opening, the wage scale or salary range, and

6   a general description of all of the benefits and other compensation being offered to the hired

7   applicant. *See* RCW 49.58.110.

8        19.    For the purposes of RCW 49.58.110, "posting" means any solicitation intended to

9   recruit job applicants for a specific available position, including recruitment done directly by an

10   employer or indirectly through a third party, and includes any postings done electronically, or

11   with a printed hard copy, that includes qualifications for desired applicants. RCW 49.58.110(1).

12        20.    Defendant employs more than 15 individuals.

13        21.    From January 1, 2023 to the present, Plaintiff and more than 40 Class members

14   applied to job openings with Defendant for positions located in Washington where the postings

15   did not disclose the wage scale or salary range being offered.

16        22.    Despite RCW 49.58.110 becoming effective January 1, 2023, Defendant continues

17   to withhold pay information in some, if not all, of its job postings for Washington-based positions.

18        23.    As of the date of this filing, Defendant continues to employ discriminatory hiring

19   practices as a result of its ongoing refusal to comply with the wage transparency requirement of

20   RCW 49.58.110.

21        24.    Defendant's refusal to post a wage scale or salary range in job postings is a

22   violation of Plaintiff and the Class members' civil rights, as specifically defined by RCW

23   49.58.110

24        25.    On or about February 16, 2024, Plaintiff applied for a job opening in Seattle, King

25   County, Washington with Defendant.

26        26.    Plaintiff was qualified to perform the position for which they applied.

27

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

27.    The posting for the job opening Plaintiff applied to did not disclose the wage scale or salary range being offered.

28.    In working through the application process, Plaintiff expected that at some point they would learn the rate of pay for the open position.

29.    However, Defendant withheld the rate of pay for the open position in the job posting and throughout the application process, forcing Plaintiff to complete the entire application process without learning the rate of pay.

30.    A true and correct copy of Defendant's job posting that Plaintiff responded to is attached hereto as Exhibit 1.

31.    As a result of Defendant's refusal to publish the wage scale or salary range within this job posting, Plaintiff was unable to determine the rate of pay for the position.

32.    As a result of Defendant's refusal to disclose the wage scale or salary range in this job posting, Plaintiff remains unable to evaluate the pay for the position and compare that pay to other available positions in the marketplace, which negatively impacts Plaintiff's current and lifetime wages.

33.    As a result of Defendant's refusal to disclose the wage scale or salary range in job postings, Plaintiff's ability to negotiate pay remains adversely affected.

34.    Plaintiff lost valuable time applying for a position for which the wage scale or salary range being offered was not disclosed. As noted by the Legislature, "[m]any candidates spend hours going through rounds of interviews only to find out they can't live on the offered pay." Engrossed Substitute S.B. 5761 Senate Bill Report, 67th Leg., Reg. Sess. (Wash. 2022).

35.    Plaintiff has experienced both economic and non-economic harm as a direct result of Defendant's discriminatory hiring practices, its violation of RCW 49.58.110, and its contribution to wage inequality as a result of its refusal to post a wage scale or salary range in the job postings it publishes.

36.    Plaintiff is a victim of Defendant's discriminatory hiring practices, which practices are specifically prohibited by RCW 49.58.110.

CLASS ACTION COMPLAINT FOR DISCRIMINATION - 6

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

37.    Defendant's course of conduct with regard to withholding pay information in job postings was identical with regard to each Class member who Plaintiff seeks to represent.

38.    As a result of Defendant's routine violations of RCW 49.58.110 and the EPOA generally, the Class has experienced harm identical to that experienced by Plaintiff.

39.    Plaintiff and each Class member seek statutory damages of $5,000, plus Plaintiff's reasonable attorneys' fees and costs.

## V.    CLASS ACTION ALLEGATIONS

40.    Class Definition. Under Civil Rule 23(a) and (b)(3), Plaintiff brings this case as a class action against Defendant on behalf of the Class defined as follows (the "Class"):

> All individuals who, from January 1, 2023, through the date notice is provided to the Class, applied for a job opening in the State of Washington with UST Global Inc, where the job posting did not disclose a wage scale or salary range.

41.    Excluded from the Class are the Defendant and Defendant's officers, directors, and independent contractors, and any judge to whom this case is assigned, as well as his or her staff and immediate family.

42.    Numerosity. There are potentially hundreds (if not thousands) of individuals who applied for jobs with Defendant within the time period relevant to this matter. Joinder of all such individuals is impracticable. Further, the disposition of all claims of the Class in a single action will provide substantial benefits and efficiency to all parties and to the Court.

43.    Commonality. Because all applicants applied for job openings that did not disclose the wage scale or salary range being offered, this is a straightforward matter of determining whether Defendant's actions violate Washington law, and, if so, assessing damages.

44.    Typicality. Plaintiff's claims are typical of the claims of the Class. Plaintiff and Class members all applied for job openings with Defendant that did not disclose the wage scale or salary range being offered.

45.    Adequacy. Plaintiff will fairly and adequately protect the interests of the Class. Plaintiff has retained competent and capable attorneys with substantial experience in complex

CLASS ACTION COMPLAINT FOR DISCRIMINATION - 7

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

class action litigation. Plaintiff and Plaintiff's counsel are committed to prosecuting this action vigorously on behalf of the Class and have the financial resources to do so. Neither Plaintiff nor Plaintiff's counsel have interests that are contrary to or that conflict with those of the Class.

46. Predominance. Defendant has engaged in a common course of conduct of failing to disclose the wage scale or salary range being offered in job postings in violation of RCW 49.58.110. The common issues arising from Defendant's unlawful conduct affect Plaintiff and Class members and predominate over any individual issues. Adjudication of these common issues in a single action has the important and desirable advantage of judicial economy.

47. Superiority. Plaintiff and the Class have suffered, and will continue to suffer, harm and damages as a result of Defendant's unlawful and wrongful conduct. Absent a class action, however, most Class members would find the cost of litigating their claims prohibitive, especially when that cost is balanced against each individual's respective potential award. Class treatment is superior to multiple individual lawsuits or piecemeal litigation because it conserves judicial resources, promotes consistency and efficiency of adjudication, provides a forum for claimants with smaller cases and those with few resources, and deters illegal activities. There will be no significant difficulty in the management of this case as a class action. The Class members and the job postings to which they applied are readily identifiable through Defendant's own records.

## VI. CAUSE OF ACTION

### FIRST CAUSE OF ACTION
### VIOLATION OF RCW 49.58.110
***Claim of Relief for Plaintiff and the Class***

48. Plaintiff incorporates by reference all foregoing factual allegations and realleges them as though fully set forth herein.

49. As described more fully above, Defendant did not disclose the wage scale or salary range being offered to Plaintiff and Class members in its job postings seeking workers for its Washington locations.

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

50.     On or after January 1, 2023, Plaintiff and the Class members applied for job openings with the Defendant where the postings did not disclose the wage scale or salary range being offered.

51.     Defendant's actions and omissions violate RCW 49.58.110.

52.     As a result of Defendant's actions and omissions, Plaintiff and the Class have experienced both economic and non-economic damages.

53.     Plaintiff and the Class seek statutory damages pursuant to RCW 49.58.070, as opposed to their actual damages.

54.     Plaintiff and the Class also seek to recover their costs and reasonable attorney's fees.

## VII.    REQUEST FOR RELIEF

Plaintiff, individually and on behalf of the members of the Class, requests that the Court enter judgment against Defendant as follows:

55.     An order certifying that this action be maintained as a class action and appointing Plaintiff as Class Representative and Plaintiff's counsel as Class Counsel;

56.     Statutory damages of $5,000 to Plaintiff and each Class member pursuant to RCW 49.58.070 and RCW 49.58.110;

57.     Costs and reasonable attorneys' fees pursuant to RCW 49.58.070 and RCW 49.58.110;

58.     Preliminary and permanent injunctive relief prohibiting, restraining, and enjoining Defendant from engaging in the conduct complained of herein, including, but not limited to, an order requiring Defendant to disclose a wage scale or salary range in job postings for jobs located in Washington;

59.     Declaratory relief to the effect that Defendant's failure to disclose in each posting for each Washington job opening the wage scale or salary range violates Washington law;

60.     Pre- and post-judgment interest;

61.     Leave to amend the Class Action Complaint to conform to the evidence; and

CLASS ACTION COMPLAINT FOR DISCRIMINATION - 9

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

62.    Any additional or further relief which the Court deems equitable, appropriate, or just.

DATED May 21, 2024                    EMERY | REDDY, PLLC

                         By:    /s/ Timothy W. Emery
                                Timothy W. Emery, WSBA No. 34078
                                Patrick B. Reddy, WSBA No. 34092
                                Paul Cipriani, WSBA No. 59991
                                Emery Reddy, PLLC
                                600 Stewart Street, Suite 1100
                                Seattle, WA 98101
                                Phone: (206) 442-9106
                                Fax: (206) 441-9711
                                Email: emeryt@emeryreddy.com
                                Email: reddyp@emeryreddy.com
                                Email: paul@emeryreddy.com
                                *Attorneys for Plaintiff*

CLASS ACTION COMPLAINT FOR DISCRIMINATION - 10

# Exhibit 1

4/3/24, 3:12 PM                     (6) Datacenter Technician | UST | LinkedIn



🏠 Home    👥 My Network    💼 Jobs    💬 Messaging    🔔6 Notifications    Me ▾    For Business ▾    <u>Try Premium $0</u>

U •
S T

# Datacenter Technician ✓
UST · Redmond, WA · Reposted 2 months ago

💼 On-site · Full-time · Mid-Senior level

🏢 10,001+ employees · IT Services and IT Consulting

💡 See how you compare to over 100 other applicants. <u>Try Premium for $0</u>

⊖ No longer accepting applications

## Meet the hiring team



Akshat Goel ✓  3rd+
Technical Recruiter-II @ UST (Semi-Conductor) Hiring For T...    ( Message )
Job poster

## About the job

- Receives general instructions on routine work, and detailed instructions on new work.
- Should have experienced on bringing up, Troubleshoot, Debug Server Mother board.
- Should have hands on experience on installing Linux/Windows/VMWare OS, Updating driver.
- Should have experienced on BIOS/CPLD/FWs/VR/BMC Programming, Update Chipset drivers.
- Should have knowledge about connect a system in a Network Environment using DHCP/Static IP.
- Assemble Racks, assemble systems, Cable Management, Lab Cleaning.
- Lift up to 25 lbs. 10 times/day, climb short stairs, spend most of the time on the floor working on tool sets/servers and/or standing/sitting/walking for 8 hours.
- Assemble Racks, move racks, move heavy systems/Tools/Oscilloscopes/Logic Analyzer in lab
- Should be familiar with PC Bring Up, Assembling Peripherals for system Bring Up.
- Should be able to configure Power PDUs configure KVMS and assign IP.
- Should be able to build HOST Systems from IT builds or clone HDD for the use
- Should be a team player and possess a good attitude for support role.
- Should have experienced on ticketing-based environment
- Should have basic understating of board reworks.
- Should understand Inventory and HW management and MS-Excel.

See less ⌃

## Set alert for similar jobs            ( 🔔 Set alert )
Datacenter Technician, Redmond, WA

## Qualifications

https://www.linkedin.com/jobs/view/3755022417/?refId=2f9d6844-80b6-4fcb-9304-baee8b65f4c8&trackingId=WHxT97fxThisaRvaaFhiLw%3D%3D

(6) Datacenter Technician | UST | LinkedIn

Stand out by adding skills associated with the job post

**Skills added by the job poster**

🔘 10 skills missing on your profile
Cable Management, Data Centers, Dynamic Host Configuration Protocol (DHCP)...

💡 Add skills you have to your profile to stand out to the employer. **Add skills**

( Show qualification details → )

**Achieve your goals faster with Premium**
Get exclusive access to applicant insights, see jobs where you'd be a top applicant and more

 Millions of members use Premium

**Try Premium for $0**

1-month free trial. We'll send you a reminder 7 days before your trial ends.

**Put your best foot forward with your application**
Hire a resume writer

( Get a resume review )

**About the company**

**U  ▪**   UST
**S T**  1,205,433 followers        ( + Follow )

IT Services and IT Consulting • 10,001+ employees • 32,926 on LinkedIn

UST is a global digital transformation solutions provider. For more than 20 years, UST has worked side by side with the world's best companies to make a real impact through transformation. Powered by technology, inspired by people anc ... show more

**Interested in working with us in the future?**
Privately share your profile with our recruiters – you'll be noted as expressing interest for up to a year. Learn more

( I'm interested )

**Company photos**                    ‹  ( › )

  

**Show more**

2

4/3/24, 3:12 PM                                    (6) Datacenter Technician | UST | LinkedIn

## More jobs



**Data Center Technician** ✓
Collabera
Boardman, OR (On-site)

1 week ago   15 applicants



**Datacenter Technician** ✓
World Wide Technology
Santa Clara, CA (On-site)

4 weeks ago   in Easy Apply



**Datacenter Technician**
Biblioso
Redmond, WA (On-site)

⊘ Response time is typically 1-2 weeks

5 days ago   21 applicants
in Easy Apply



**Data Center Technician**
Solomon Page
Quincy, WA (On-site)

4 weeks ago   in Easy Apply



**Datacenter Technician** ✓
Volt
Sparks, NV (On-site)

3 weeks ago   in Easy Apply



**Data Center Technician**
IC1 ✓
Milestone Technologies, Inc.
Eagle Mountain, UT

5 days ago   13 applicants



**Data Center Technician**
Variscale Services & Engineering
Greater Phoenix Area

2 weeks ago



**Datacenter Technician** ✓
Insight Global
Cheyenne, WY (On-site)

1 week ago   3 applicants
in Easy Apply

**Data Center Technician**
Alexander Technology Group
Lebanon, NH (Hybrid)

1 week ago   18 applicants
in Easy Apply



**DataCenter Technician at
Hillsboro, OR** ✓
World Wide Technology
Hillsboro, OR (On-site)

2 weeks ago   in Easy Apply





**Data Center Technician** ⊘
Maxar Technologies
Longmont, CO

1 week ago   12 applicants

**See more jobs like this**

**Data Center Technician**
Dice
New Albany, OH (On-site)

1 week ago   5 applicants

Learn skills to get a new job with these courses



**Professional Networking**

332,913 viewers



**The New Rules of Work**

131,769 viewers



**Developing Your Professional Image in a New Job**

277,839 viewers

**Show more on LinkedIn Learning**

Looking for talent?    ( Post a job )

About                    Accessibility           Talent Solutions        🛈 **Questions?**                    Select Language
                                                                              Visit our Help Center.
Community Guidelines     Careers                 Marketing Solutions                                           English (English)

Privacy & Terms ▾        Ad Choices              Advertising             ⚙ **Manage your account and privacy**
                                                                              Go to your Settings.
Sales Solutions          Mobile                  Small Business
                                                                         ◐ **Recommendation transparency**
Safety Center                                                               Learn more about Recommended Content.

LinkedIn Corporation © 2024